JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>9920 MANAGEMENT LLC,<br><br>    Defendant. | Case No. 2:23-cv-10347-FLA (AGRx)<br><br>**ORDER DISMISSING ACTION [DKT. 18]** |

1

    On January 28, 2024, Plaintiff Theresa Brooke ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 18. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action with prejudice.

    IT IS SO ORDERED.

Dated: January 29, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2